UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FARIDA KAKAR,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>ROBIN M. SMITH, R.N., AND<br>STEWARD GOOD SAMARITAN<br>MEDICAL CENTER, INC.<br><br>       Defendants. | 1:18-CV-12056 |

**COMPLAINT**

**The Parties**

1. The plaintiff, Farida Kakar, resides at 66 Hudson Street, Unit 709, City of Boston, County of Suffolk, Commonwealth of Massachusetts.

2. The defendant, United States of America, is a governmental entity duly organized under law.

3. The defendant, Robin M. Smith, R.N, is a licensed, practicing Registered Nurse, having an usual place of business at Steward Good Samaritan Medical Center, 235 N. Pearl Street, City of Brockton, County of Plymouth, Commonwealth of Massachusetts and at all material times was activing in the course of her employment with the defendant, Steward Good Samaritan Medical Center, Inc.

4. The defendant, Steward Good Samaritan Medical Center Inc., is a foreign corporation duly-organized and existing under the laws of Delaware and having an

usual place of business located at 111 Huntington Avenue, Suite 1800, City of Boston, County of Suffolk, Commonwealth of Massachusetts.

## Jurisdiction and Claims

5.  This is a civil action against the defendant United States of America for money damages for personal injury for which this Court has jurisdiction pursuant to 28 U.S.C. §1346(b).

6.  This is a civil action against the defendants, Robin M. Smith, R.N. and Steward Good Samaritan Medical Center Inc., for money damages for personal injury for which this Court has jurisdiction pursuant to U.S.C. §1367(a).

7.  On or about October 24, 2011, and at all material times, Angela N. Aslami, M.D., was an "employee of the Government" within the meaning of 28 U.S.C. §§ 2671 and 1346(b).

8.  On or about, October 24, 2011, Angela N. Aslami, M.D., an employee of the United States Public Health Service, Robin M. Smith, RN, and Steward Good Samaritan Medical Center, Inc. undertook to care for and to treat the plaintiff, Farida Kakar, by providing medical care and treatment; specifically the delivery of the plaintiff's child through cesarean section.  In so doing, the defendants owed to the plaintiff the duty of using due care and skill.

9.  In violation of the duty of care and skill owed to the plaintiff, Farida Kakar, the defendants and their servants, agents, and/or employees for which they were legally responsible so carelessly and negligently cared for and treated the plaintiff causing a laparotomy sponge to be left inside the plaintiff's pelvic cavity, resulting in serious bodily injuries to the plaintiff.

10. On or about October 8, 2015, the plaintiff, Farida Kakar, discovered the retained foreign object inside her pelvic cavity.

11. On September 29, 2017, the plaintiff made a written demand for relief in accordance with the provisions of 28 U.S.C. § 2401(b) and 28 C.F.R. §14.2 to the defendant, United States of America by serving the demand upon the office of the United States Department of Health and Human Services.

12. As of October 2, 2018, the defendant United States of America, has not reached a final arbitration, settlement, compromise and/or disposition of the plaintiff's claims as required by 28 U.S.C. §§ 2401(b) and 2675(a) and 28 C.F.R. § 14.2.

## **Causes of Action**

(Each Cause of Action Specifically Incorporates by Reference All of Those Paragraphs Previously Set Forth)

First Cause of Action

13. This is an action by the plaintiff, Farida Kakar, against the defendant, United States of America, for negligence resulting in damages suffered by Farida Kakar, including but not limited to pain and suffering and medical expenses.

Second Cause of Action

14. This is an action by the plaintiff, Farida Kakar, against the defendant, Robin M. Smith, R.N., for negligence resulting in damages suffered by Farida Kakar, including but not limited to pain and suffering and medical expenses.

Third Cause of Action

15. This is an action by the plaintiff, Farida Kakar, against the defendant, Steward Good Samaritan Medical Center, Inc. for damages suffered by Farida Kakar, including but not limited to pain and suffering and medical expenses.

### Demand for Relief

16. The plaintiff, Farida Kakar, demands judgment against the defendants, United States of America, Robin M. Smith, R.N., and Steward Good Samaritan Medical Center, Inc. together with interest and costs, as to the First, Second, and Third Causes of Action in an amount not less than $950,000.

### Jury Claim

17. To the extent permitted by law, the plaintiff, Farida Kakar, demands a trial by jury.

PLAINTIFF,

By her Attorneys,

SUGARMAN AND SUGARMAN, P.C.

Date: 10/2/2018

/s/ Marianne C. LeBlanc
_____
Marianne C. LeBlanc, Esq. – BBO# 564587
mleblanc@sugarman.com
Rosa M. Guambana, Esq. – BBO# 697952
rguambana@sugarman.com
The Prudential Tower
800 Boylston Street, 30th Floor
Boston, MA  02199
(617) 542-1000